THE BOARD OF EDUCATION OF THE BOROUGH OF SEA-
SIDE HEIGHTS, PROSECUTOR, v. ISAIAH A. SHEPHERD
AND STATE BOARD OF EDUCATION OF THE STATE OF
NEW JERSEY, DEFENDANTS.

Submitted October 29, 1937—Decided January 26, 1938.

For the prosecutor, *Francis Tanner*.

For the defendants, *Ira F. Smith*.

The opinion of the court was delivered by

BODINE, J. The appeal is from a judgment in the Supreme
Court affirming the findings by the state board of education
that Isaiah A. Shepherd held the position of school janitor in
the borough of Seaside Heights for an indefinite term and
was protected by the Janitors' Tenure act (*Pamph. L.* 1911,
*ch.* 44, *p.* 67); and further that his dismissal was without
cause, in that he was charged with a violation of rules of the
board of education so recently adopted that he had not been
apprised thereof. The issues being purely factual cannot be
disturbed in this court, since there was evidence before the
Supreme Court to support them. "The attack is on findings
of fact, * * * by the Supreme Court, it is, on well settled
principles not cognizable here if there was any evidence to
support those findings. *Moran* v. *Jersey City*, 58 *N. J. L.*
653; *Suburban Land Co.* v. *Vailsburgh*, 68 *Id.* 311; *Kohn*

v. *Tilt*, 103 *Id.* 110." *Ford Moror Co.* v. *Fernandez*, 114 N. J. L. 202, 204.

The judgment under review will be affirmed, with costs.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, WALKER, JJ. 12.

*For reversal*—None.